IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TELEFONAKTIEBOLAGET LM ERICSSON, <br><br> *Plaintiff*, <br><br> v. <br><br> LENOVO (UNITED STATES) INC., LENOVO (SHANGHAI) ELECTRONICS TECHNOLOGY CO., LTD., LENOVO BEIJING, LTD., LENOVO GROUP, LTD., MOTOROLA (WUHAN) MOBILITY TECHNOLOGIES COMMUNICATION CO., LTD., AND MOTOROLA MOBILITY LLC, <br><br> *Defendants*. | C.A. No. 5:23-cv-00570 |

## ORDER

The Court, having considered the Motion to Stay (the "Motion") filed by Lenovo (United States) Inc. and Motorola Mobility LLC, as well as submissions related thereto,

IT IS HEREBY ORDERED THAT:

1. The Motion is **GRANTED**.

2. This case is stayed as to all claims at least until the determination of the International Trade Commission in Inv. No. 337-TA-1376 becomes final.

**SO ORDERED.** This the 9 day of February, 2024.

_/s/ J. Dever_